# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANDEE BARTON, | |
| Plaintiff, | Case No. 2:10-cv-01334-JCM-GWF |
| vs. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the private binding arbitration no later than **October 13, 2011**.

DATED this 3rd day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge